Patrick Butler
940 E. 4th Street
Apartment 104
Bethlehem, PA 18015

