IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PATRICK BUTLER, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 22-cv-3252 |
| | : | |
| DAVID PENCHISHEN, et al., | : | |
| Defendants. | : | |

## ORDER

AND NOW on this 27th day of September 2024, upon consideration of Defendants' Motion for Summary Judgment (Doc. 46) and Plaintiff's Motion to Deny Summary Judgment (Doc. 49), it is hereby ORDERED:

1. Defendants' Motion for Summary Judgment (Doc. 46) is **GRANTED**; and

2. Plaintiff's Motion to Deny Summary Judgment (Doc. 49) is **DENIED**; and

3. **JUDGMENT** is entered in favor of the Defendants; and

4. The Clerk of Court is **DIRECTED** to mark this case **CLOSED** for statistical purposes.

BY THE COURT:

/s/ Craig M. Straw
CRAIG M. STRAW
U.S. Magistrate Judge